RECEIVED
AUG 16 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LAZARO CRIBEIRO** | : | **CIVIL ACTION NO. 15-2465** |
| REG. #17204-035 | | **SECTION P** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **DARIN CASTRO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as his claims are frivolous and fail to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

**THUS DONE AND SIGNED** on this 16th day of August, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE